IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: August 5, 2013 |
| Court Reporter: Kara Spitler | Probation: Justine Kozak |
| Interpreter: Ellen Klaver | |

Criminal Action No. 13-cr-00129-RBJ

*Parties*:                                                            *Counsel*:

UNITED STATES OF AMERICA,                Beth Gibson

    Plaintiff,

v.

VICTOR GUADARRAMA-ORTEGA,              Robert Pepin

    Defendant.

**SENTENCING MINUTES**

**Court in session:**     1:05 p.m.

Appearances of counsel.

Defendant is present in custody.

Interpreter sworn.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on May 20, 2013 to Count One of the Indictment.

**ORDERED:** Motion for Sentence Below the Advisory Guideline Range #[23] is DENIED.

**ORDERED:** Defendant shall be **imprisoned** for **21 months.**

Court RECOMMENDS that defendant receive **credit for 119 days** spent in custody.

**ORDERED:** The Court does not impose a term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:** 1:23 p.m.

Hearing concluded.

Total time: 00:18